# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
DSE, Inc. ) ASBCA Nos. 58596, 58597
)
Under Contract No. W52P1J-05-C-0036 )

APPEARANCE FOR THE APPELLANT: Mr. Dae Shin
President and CEO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Mark A. Ries, JA
Brian E. Bentley, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The government has moved to dismiss these appeals for lack of jurisdiction, arguing that appellant failed to submit proper claims under the Contract Disputes Act, 41 U.S.C. §§ 7101-7109. In response, appellant states that it intends to submit new claims to the contracting officer and seeks dismissal of these appeals without prejudice. Accordingly, these appeals are dismissed from the Board's docket without prejudice to appellant's right to file timely appeals from the contracting officer's denial, or deemed denial, of its claims.

Dated: 17 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58596, 58597, Appeals of DSE, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
